No. 95–476. CHRYSLER MOTORS CORP., NKA CHRYSLER CORP. *v.* LEE JANSSEN MOTOR CO. ET AL. Sup. Ct. Neb. Certiorari denied.

No. 95–477. NOVOPHARM LTD. *v.* GLAXO, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–480. FIDELITY & CASUALTY COMPANY OF NEW YORK ET AL. *v.* AHYSEN ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 95–482. WOODALL ET AL. *v.* CITY OF EL PASO ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–485. HERNANDEZ ET AL. *v.* THOMAS ET AL. Ct. App. Ariz. Certiorari denied.

No. 95–486. LITTLES *v.* JEFFERSON SMURFIT CORP. (U. S.). C. A. 11th Cir. Certiorari denied.

No. 95–487. PROPAC-MASS, INC. *v.* RUTHARDT, MASSACHUSETTS COMMISSIONER OF INSURANCE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–490. RICHARDSON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 95–495. AARON SMITH TRUCKING CO., INC., ET AL. *v.* KING, BY HIS GUARDIAN, KING. C. A. 4th Cir. Certiorari denied.

No. 95–496. MOORE *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569 ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–497. SILVESTRI *v.* CHRISTMAN ET AL.; and IN RE SILVESTRI. C. A. 3d Cir. Certiorari denied.

No. 95–499. CLELAND *v.* CITY OF BURLINGTON. Ct. App. Wash. Certiorari denied.

No. 95–501. YI *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.